(77 South. 1001)

WALKER et al. v. UNION SPRINGS GUANO CO. (4 Div. 723.) (Supreme Court of Alabama. Jan. 22, 1918.) Appeal from Cir-

cuit Court, Bullock County; J. S. Williams, Judge. E. L. Blue, of Union Springs, and R. H. Powell, of Tuskegee, for appellee.

PER CURIAM. Appeal dismissed on motion of appellee.